# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| NICOLE GRIFFIN, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION NO. 18-0108-CG-B ) |
| INTERIDE TRANSPORT, L.C., et al., | ) ) ) ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on the Plaintiff's Motion to Remand (Doc. 10), and Defendant Interide Transport, L.C.'s response thereto (Doc. 12).[1]

Upon due consideration and as Defendant Interide Transport, L.C. concedes to the issues raised by the Plaintiff in her motion and agrees that this action should be remanded, the motion to remand is hereby **GRANTED**. Accordingly, this action is hereby **REMANDED** to the Circuit Court of Monroe County, Alabama. The Clerk of Court is directed to take such steps as are necessary to transfer this action to the Circuit Court of Monroe County, Alabama from whence it was removed.

**DONE and ORDERED** this 3rd day of May, 2018.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] As noted in Defendant's response, Plaintiff's motion to strike (Doc. 9) is **MOOT.**